UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

UNITED STATES OF AMERICA     *     CRIMINAL NUMBER 14-0164

VERSUS     *     JUDGE ROBERT G. JAMES

GERSON D. GUEVARA-MIRANDA     *     MAG. JUDGE KAREN L. HAYES

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that the Motion to Suppress [Doc. No. 21] filed by Defendant Gerson D. Guevara-Miranda is hereby DENIED.

MONROE, LOUISIANA, this 27th day of January, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE