UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 14-0164 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| GERSON D. GUEVARA-MIRANDA | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the conditional guilty plea of the defendant, Gerson Guevara-Miranda, and adjudges him guilty of the offense charged in Count 1 of the indictment against him, reserving his right to appeal the adverse ruling on his motion to suppress.

THUS DONE AND SIGNED in Chambers, this 3rd day of March, 2015, at Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE